AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>26-3005MB | Date and time warrant executed:<br>01/26/2026 4:45 pm | Copy of warrant and inventory left with:<br>Bank of America |
| Inventory made in the presence of:<br>Bank of America | | |
| Inventory of the property taken:<br>$26,608.01 in Bank of America Account No. 457048788827, held in the name of NTARE, LLC | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: 02/09/2026<br><br>_Executing officer's signature_<br><br>Antoinette Ferrari, Special Agent<br>_Printed name and title_ |